# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2015 JUN 12 PM 4 18

STEPHAN HARRIS, CLERK
CHEYENNE

| | |
|---|---|
| Brotherhood of Locomotive Engineers and Trainmen,<br><br>Petitioner/Plaintiff,<br><br>v.<br><br>BNSF Railway Company,<br><br>Respondent/Defendant. | Case No. 15-CV-8-ABJ |

## FINAL JUDGMENT

The Court has entered its separate *Order Granting Respondent's Motion to Dismiss for Lack of Personal Jurisdiction* finding that this Court lacks personal jurisdiction over Burlington Northern Santa Fe Railway Company. Accordingly, it is **ORDERED, ADJUDGED, AND DECREED** that the action is dismissed without prejudice. It is further **ORDERED, ADJUDGED, AND DECREED** that the parties shall bear their own costs and attorney's fees.

Dated this 12th day of June, 2015.

Alan B. Johnson
United States District Judge